UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DONDY SHAWN BOOKER                                      CIVIL ACTION

VERSUS                                                  NO. 17-3051

BP EXPLORATION & PRODUCTION                             SECTION M (5)
INC., *et al.*

## ORDER & REASONS

Before the Court is a *Daubert* motion *in limine* to exclude the general causation opinions of plaintiff's medical expert Dr. Jerald Cook filed by defendants BP Exploration & Production Inc., BP America Production Company, BP p.l.c., Halliburton Energy Services, Inc., Transocean Holdings LLC, Transocean Deepwater, Inc., and Transocean Offshore Deepwater Drilling, Inc. (collectively, "Defendants").[1]  Plaintiff Dondy Shawn Booker responds in opposition,[2] and Defendants reply in further support of their motion.[3]

Also before the Court is Defendants' motion for summary judgment in which they argue that the case should be dismissed because Booker cannot prove general causation without Cook's opinions.[4]  Booker responds in opposition,[5] and Defendants reply in further support of their motion.[6]

Defendants' motions here are nearly identical to those filed by Defendants, and granted by this Court, in other B3 cases. *See, e.g., Carpenter v. BP Expl. & Prod., Inc.*, 2022 WL 2757416 (E.D. La. July 14, 2022); *Johns v. BP Expl. & Prod. Inc.*, 2022 WL 1811088 (E.D. La. June 2,

---

[1] R. Doc. 58.
[2] R. Doc. 61.
[3] R. Doc. 68
[4] R. Doc. 59.
[5] R. Doc. 60.
[6] R. Doc. 70.

2022); *Johnson v. BP Expl. & Prod. Inc.*, 2022 WL 1811090 (E.D. La. June 2, 2022); *Macon v. BP Expl. & Prod. Inc.*, 2022 WL 1811135 (E.D. La. June 2, 2022); *Murray v. BP Expl. & Prod. Inc.*, 2022 WL 1811138 (E.D. La. June 2, 2022); *Street v. BP Expl. & Prod. Inc.*, 2022 WL 1811144 (E.D. La. June 2, 2022).

Accordingly, for the reasons stated in the Orders & Reasons issued in those cases,

IT IS ORDERED that Defendants' *Daubert* motion to exclude Cook (R. Doc. 58) is GRANTED.

IT IS FURTHER ORDERED that Defendants' motion for summary judgment (R. Doc. 59) is GRANTED, and Booker's claims against them are DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this 11th day of August, 2022.

_____
BARRY W. ASHE
UNITED STATES DISTRICT JUDGE